FILED

08/24/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0297

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0297

STATE OF MONTANA,

> Plaintiff and Appellee,

v.

DARLENE KAY DIEGNER,

> Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until September 27, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 24 2021